```
 1 │ RANDY S. GROSSMAN
   │ United States Attorney
 2 │ ERIC CHIANG
   │ Assistant United States Attorney
 3 │ California Bar No. 323268
   │ Federal Office Building
 4 │ 880 Front Street, Room 6293
   │ San Diego, California  92101-8893
 5 │ Telephone: (619) 546-9622
 6 │ Attorneys for United States of America
```

                    **UNITED STATES DISTRICT COURT**

                    **SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: 23mj1797 / 23cr1149 |
|---|---|
| Plaintiff, | **STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS AND ORDER THEREON** |
| v. | |
| JOSE DAMIAN PONCE-CASTRO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, United States Attorney, and Eric Chiang, Assistant United States Attorney, and defendant JOSE DAMIAN PONCE-CASTRO, by and through and with the advice and consent of defense counsel, Keith Rutman, that:

1. Defendant agrees to execute this stipulation on or before the first arraignment date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it.

2. The material witness, Zhenlin Luo, in this case:

   a. Is an alien with no lawful right to enter or remain in the United States;

   b. Attempted to enter the United States illegally on or about May 20, 2023;

   c. Was driven by defendant in a vehicle and found at the Otay Mesa, California Port of Entry (POE);

ECH:sc:5/30/2023

      d.    Was having others pay on his behalf an unknown amount to others to be brought into the United States illegally and/or transported illegally to his destination therein; and,

      e.    May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

3. After the court has ordered the material witnesses released, pursuant to this stipulation and joint motion, if defendant does not plead guilty to a violation of 8 U.S.C. § 1324, for any reason, or thereafter withdraws their guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

      a.    The stipulated facts set forth in paragraph 2 above shall be admitted as substantive evidence;

      b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es);

      c.    Understanding that under *Crawford v. Washington*, 541 U.S. 36 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

4. By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-

```
 1 │ named material witness to the Department of Homeland Security for
 2 │ return to their country of origin.
 3 │      It is **STIPULATED AND AGREED** this date.
```

Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

6/7/2023                                *Eric Chiang*
DATED                                   ERIC CHIANG
                                        Assistant U.S. Attorney

6/5/23
DATED                                   KEITH RUTMAN
                                        Defense Counsel

6/5/23
DATED                                   JOSE DAMIAN PONCE-CASTRO
                                        Defendant

**O R D E R**

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence; and

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

DATED: June 15, 2023

United States Magistrate Judge